UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

PAUL P. LEVASSEUR,

    Plaintiff,

v

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

C05-4056DEO

**JUDGMENT**

**DECISION BY COURT:** This action came before the Court. The issues have been decided and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED THAT:** this case is reversed to the Commissioner of Social Security to compute and award disability benefits with the onset date of February 12, 2003.

DATED: November 9, 2006

PRIDGEN J. WATKINS, CLERK

S/
A. Kjos, Deputy Clerk